STATE OF CONNECTICUT *v.* ORT MORTORO

The defendant's "Motion for Review of 'Direction of Service of Sentence,' Denying Bail Pending Appeal" from the Superior Court in New London County is dismissed.

*Richard R. Stewart,* in support of the motion.

Submitted May 30—decided June 5, 1973

THOMAS L. CHENEY, TRUSTEE, ET AL. *v.* RUSSELL F. STRASBURGER ET AL.

The plaintiffs' motion for a review of the trial court's order denying their motion for a new trial in the appeal from the Superior Court in Fairfield County having been considered, the relief requested is denied because of an insufficient record.

*Benson A. Snaider,* for the appellants (plaintiffs).

*Robert H. Hall,* town counsel, for the appellees (defendants).

Argued June 8—decided June 8, 1973

JEANNE M. URBANSKI ET AL. *v.* JOSEPH HALPERIN

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Fred B. Rosnick,* in support of the petition.

*Nicholas E. DeNigris,* in opposition.